IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW J. JACKSON, SR.,[1] | § | No. 705, 2015 |
| | § | |
| | § | Court Below:  Family Court |
| Respondent Below-Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | File Nos.:  14-04-1TK |
| | § | 15-06-1TK |
| DIVISION OF FAMILY SERVICES, | § | |
| | § | Petition Nos.: 14-08217 |
| Petitioner Below-Appellee. | § | 15-15503 |

Submitted:  August 17, 2016
Decided:    August 17, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## **O R D E R**

This 17th day of August 2016, upon consideration of the parties' briefs and the record below, we find that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's well-reasoned decision dated December 4, 2015 terminating the parental rights of the appellant.[2]

---

[1] The Court assigned this pseudonym under Supreme Court Rule 7(d).
[2] *Div. of Family Servs. v. Jackson*, Nos. 14-08217, 15-15503 (Del. Fam. Ct. Dec. 4, 2015).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice